IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff/Respondent, | §<br>§<br>§ | |
| v. | §<br>§ | CR. No. C-03-259<br>C.A. No. C-05-552 |
| JOHN HENRY ROHMFELD, JR.,<br>    Defendant/Movant. | §<br>§ | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant John Henry Rohmfeld, Jr.'s motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

It is so ORDERED this 15th day of January 2006.

_____
Janis Graham Jack
United States District Judge