IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff/Respondent, | § § | |
| V. | § § | CR. No. C-03-259 |
| JOHN HENRY ROHMFELD, JR., | § § § | |
| Defendant/Movant. | § | |

## ORDER

This criminal case is closed and there are no active proceedings before the Court. Despite this, Defendant John Henry Rohmfeld, Jr. ("Rohmfeld") continues to file documents with the Court. This order addresses his latest two *pro se* filings, received April 25, 2008 and May 27, 2008. (D.E. 64, 65.) Neither document is comprehensible. As he has in the past, Rohmfeld includes language in his filings that is derived from contract law or commercial law. For example, he refers to himself as a "secured party" and a "creditor" and also refers to the Clerk as the "respondent," claiming that failure to perform as he requests will result in a "default judgment" against the respondent. (D.E. 65 at 1-2; D.E. 64 at 1-2; see also D.E. 59 (Court's order referencing two previous "notices" filed by Rohmfeld, D.E. 56 and D.E. 57).)

Rohmfeld's recent filings, which are not styled as motions, do not appear to ask for any relief directly from the Court. To the extent that they were intended as motions and can be construed as seeking any relief from the Court, his filings (D.E. 64, 65) are DENIED.

## **NOTICE OF POSSIBLE SANCTIONS**

Additionally, Rohmfeld is instructed not to file non-sensical or frivolous documents with the Court, whether titled as notices or motions. If he continues to file such documents, he may be required to pay a monetary fine or otherwise sanctioned.

It is so ORDERED this 5th day of June, 2008.

_____
Janis Graham Jack
United States District Judge